## DUNBAR vs. SKILLMAN.

APPEAL from the court of the third district.

MATTHEWS, J. delivered the opinion of the
court. This suit is brought on a promissory
note, which appears to have been given for the
price of a slave, &c. The defendant pleads

Parol' evi-
dence may be
received, of
the declara-
tion of a red-
hibitory de-
fect by the
vendor.

Eastern Dist.
March, 1828.

Dunbar -
vs.
Skillman.

in avoidance of his obligation to pay the amount claimed, redhibitory vices in the slave, &c. The cause was submitted to a jury in the court below, who found a verdict in favor of the plaintiff, for six hundred dollars, with costs of suit; judgment was rendered in pursuance thereof, and the defendant appealed.

On the trial of the case in the court below, oral evidence was offered and received, to prove that the plaintiff, at, and before the sale, had represented to the defendant, that the slave which the latter was about to purchase, was addicted to the vices of which he now complains.

A bill of exceptions was taken to the legality of this species of testimony, as contravening the warranty contained in the act of sale.— This act, in the clause of warranty, is silent on the subject of redhibitory vices. The testimony received was properly admitted, in pursuance of the art. 2498 of the new code; and it proves fully, that a complete disclosure was made by the plaintiff, of the vices inherent in the slave, at the time of the bargain between him and the defendant.

It is therefore ordered, adjudged and decreed, that the judgment of the district court

be affirmed, with costs in both courts, and ten per cent damages on account of the appeal being frivolous.

*Ripley* and *Conrad* for the plaintiff, *Watts* for the defendant.